911 F.2d 719
 Jackson (Andrew James)
v.
A.P. Orleans Vocational Center, Stevens (Dave), Wright
(Frank), a/k/a/ Wright (Fred), Boyer (Stuart R.), Mizell
(Edward), Rome (Jeff), Posternack (Diane), Ephraim (Royee),
Community & Social Service Agency, Local 1739, Jackson
(Lee), Kirschner (Walter), Ransky (Debbie), Chaykin
(Richard), Kaplan (Robin), Riegler (Agent), Sternberg (Lynn)
 NO. 90-1086
 United States Court of Appeals,
Third Circuit.
 JUL 10, 1990
 
 Appeal From: E.D.Pa.,
 Kelly, J.
 
 
 1
 AFFIRMED.